IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DELANO A. MIDDLETON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UHAUL CORPORATION; ERICA YOUNG, )<br>Uhaul Manager; and CHRISTOPHER )<br>PATTERSON, Uhaul Employee; )<br>)<br>Defendants. )<br>) | CASE NO. CV423-126 |

## O R D E R

Before the Court is the Magistrate Judge's May 25, 2023, Report and Recommendation (Doc. 10), to which no objections have been filed. After a careful review of the record,[1] the report and recommendation (Doc. 10) is **ADOPTED** as the Court's opinion in this case. Since Plaintiff Delano A. Middleton has omitted any claims against Defendants Erica Young and Christopher Patterson from his superseding Amended Complaint, they are **DISMISSED**. (See Doc. 10 at 4.) Plaintiff's Motion for "A So-Order Assistance," which the Magistrate Judge construed as a request for injunctive relief, is

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam)) (outlining the standard of review for report and recommendations).

**DENIED**. (Doc. 7; see also Doc. 10 at 6-7.) Plaintiff's claims against Defendant U-Haul Corporation remain pending. (See, e.g., Doc. 10 at 8.)

SO ORDERED this 11th day of July 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA