IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DELANO A. MIDDLETON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV423-126 |
| ) | |
| UHAUL CORPORATION, CEO EDWARD ) | |
| JOE SHOEN, MARK SHOEN, UHAUL ) | |
| CORPORATION FRANCHISE ) | |
| HEADQUARTERS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### O R D E R

Before the Court is the Magistrate Judge's August 24, 2023, Report and Recommendation (doc. 21), to which no objections have been filed. After a careful review of the record,[1] the Report and Recommendation (doc. 21) is **ADOPTED** as the Court's opinion in this case. Defendants Edward Joe Shoen and Mark Shoen are **DISMISSED**.

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam) (outlining the standard of review for report and recommendations)).

Plaintiff's claims against the entities remain pending. (Doc. 21 at 6-7.)

**SO ORDERED** this 28th day of September, 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA