# In the United States District Court for the Southern District of Georgia Savannah Division

DELANO A. MIDDLETON,

    Plaintiff,

v.

U-HAUL CORPORATION; EDWARD JOE SHOEN, U-Haul CEO; MARK SHOEN, U-Haul Founder; and U-HAUL CORPORATION FRANCHISE HEADQUARTERS,

    Defendants.

4:23-cv-126

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 33, to which no objections have been filed. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Therefore, with regard to Plaintiff's second amended complaint, dkt. no. 31, Plaintiff has failed to state any plausible claim against either Defendant Edward Shoen or Defendant Mark Shoen. These Defendants are hereby **DISMISSED** from this action.

**SO ORDERED**, this 16 day of January, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA