UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| DELANO MIDDLETON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-126 |
| | ) | |
| UHAUL CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| ──────────────────── | ) | |
| | ) | |
| DELANO MIDDLETON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-206 |
| | ) | |
| CITY OF SAVANNAH POLICE DEPARTMENT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, which was filed in several of Plaintiff's multiple cases, and to which no objections have been filed. *See* CV423-126, doc. 47; CV423-206, doc. 19. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED**

as the opinion of the Court. *See* CV423-126, doc. 47; CV423-206, doc. 19. Plaintiff's Amended Complaint in CV423-126 is **DISMISSED without prejudice**. CV423-126, doc. 47 at 11. Plaintiff's Amended Complaint in CV423-206 is also **DISMISSED without prejudice**. CV423-206, doc. 19 at 13-14. The Clerk is **DIRECTED** to **CLOSE** these Cases.

SO ORDERED this 14 day of August, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA